DECEMBER 7, 1965

No. 69682.—Williams Clarke Co. and The Hy-Glow Company *v.* United States protest 65/4430(A). Plaintiffs' application for rehearing granted.

DECEMBER 9, 1965

No. 69683.—APPEAL 5204.—U.S. Plastic & Chemical Corp. *v.* United States (Oriental Exporters, Inc., Party in Interest), and APPEAL 5205.—USPAC Corporation (formerly U.S. Plastic & Chemical Corp., original plaintiff) and U.S. Plastic and Chemical Corporation (successor to original plaintiff) *v.* United States (Oriental Exporters, Inc., Party in Interest).— Appeals dismissed on motion November 5, 1965.

BEFORE THE SECOND DIVISION, DECEMBER 13, 1965

No. 69684.—William Adams, Inc. *v.* United States, protest 64/6111 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candelabra, silver plated on nickel silver, but not in chief value of silver, similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiff was sustained.